IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITY CHURCH OF GOD IN CHRIST OF YORK, | : | No. 1:23cv678 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| CHURCH MUTUAL INSURANCE COMPANY, | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, to wit, this \_\_\_\_ day of September 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Church Mutual Insurance Company's motion for summary judgment (Doc. 14) is **GRANTED**;

2) Judgment is entered in favor of Church Mutual Insurance Company and against Unity Church of God in Christ of York and all claims against Church Mutual Insurance Company are dismissed with prejudice; and

3) The court hereby declares that:

   a) The alleged damages and losses at issue in the Complaint are not covered under the subject policy;

  b) Church Mutual Insurance Company has no further obligations to Unity Church of God in Christ in York under the subject policy for any damages, losses, or costs at issue in this claim; and

  c) Church Mutual Insurance Company has fully complied with the terms and conditions of the subject policy with respect to this claim.

4) Furthermore, the Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court